**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MONTANA**
**GREAT FALLS DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    vs.<br><br><br><br> ARTHUR THOMAS WESTWOLF, JR.,<br><br>        Defendant. | CR-19-41-GF-BMM<br><br><br><br><br><br>**ORDER ADOPTING FINDINGS AND RECOMMENDATIONS** |

United States Magistrate Judge John Johnston entered Amended Findings and Recommendations in this matter on May 6, 2026. (Doc. 87.)

When a party makes no objections, the Court need not review *de novo* the proposed Findings and Recommendations. *Bad Old Man v. Arn*, 474 U.S. 140, 153-52 (1986). This Court will review Judge Johnston's Findings and

Recommendations, however, for clear error. *McDonnell Douglas Corp. v. Commodore Bus. Mach., Inc.*, 656 F.2d 1309, 1313 (9th Cir. 1981).

Judge Johnston conducted an initial appearance on May 5, 2026. (Doc. 81.) The United States accused Arthur Westwolf (Westwolf) of violating the conditions of his supervised release by: (1) failing to comply with substance abuse testing requirements on February 26, 2026; (2) failing to comply with substance abuse testing requirements on March 26, 2026; (3) failing to comply with substance abuse testing requirements on April 13, 2026; (4) failing to follow the instructions of his probation officer to contact her on April 13, 2026; (5) failing to complete a substance abuse treatment program during April of 2026; and (6) failing to follow the instructions of his probation officer on April 15, 2026, to call her by April 16, 2026 and by: (7) failing to comply with substance abuse testing requirements on April 21, 2026 . (Docs. 76 and 79.)

At the revocation hearing, Westwolf admitted that he had violated condition of his supervised release in allegations 1-3 and 7 as set forth the Amended Petition. The Government moved to dismiss allegations 4-6, which the Court granted.

Judge Johnston recommended a sentence of custody of 2 months, with 58 months of supervised release to follow with the first 120 days spent in home confinement. If Westwolf is able to get into a sober living facility during the 120

days of home confinement, the remainder if the 120 days of home confinement will be suspended. (Doc. 87.) The Court advised Westwolf of his right to appeal and to allocute before the undersigned. (Doc. 81.)

The violations Westwolf admitted proves serious and warrant revocation of his supervised release. The Court finds no clear error in Judge Johnston's Findings and Recommendations.

Accordingly, **IT IS ORDERED** that Judge Johnston's Amended Findings and Recommendations (Doc. 87) are **ADOPTED IN FULL.  IT IS FURTHER ORDERED** that Thomas Westwolf, Jr.  be sentenced for a term of 2 months, with 58 months of supervised release to follow with the first 120 days spent in home confinement. If Westwolf is able to get into a sober living facility during the 120 days of home confinement, the remainder if the 120 days of home confinement will be suspended.

DATED this 29th day of May 2026.

Brian Morris
United States District Court Judge